JANUARY 11, 1985

No. 84–573.   CITY OF CONNERSVILLE, INDIANA, ET AL. *v.* PARRETT.   C. A. 7th Cir.   Certiorari dismissed under this Court's Rule 53.

JANUARY 14, 1985*

No. 84–581.   LASKY *v.* VAN LINDT ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 84–632.   WILK ET AL. *v.* CALIFORNIA.   Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–753.   OGROD *v.* TOMLINSON COURT APARTMENTS.   Appeal from Ct. Common Pleas, Philadelphia County, Pa., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5696.   NEAL *v.* ALABAMA.   Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–5762.   RAWLINSON *v.* MERIT OIL CO. ET AL.   Appeal from C. A. 1st Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–739.   PASILLAS *v.* AGRICULTURAL LABOR RELATIONS BOARD OF CALIFORNIA; and
No. 84–746.   NAVARRO *v.* AGRICULTURAL LABOR RELATIONS BOARD OF CALIFORNIA ET AL.   Appeals from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.   Reported below: 156 Cal. App. 3d 312, 202 Cal. Rptr. 739.